United States District Court
Northern District of Illinois
Eastern Division

FILED
NOV - 8 2010
Nov 8 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

BENNIE K. ELLISON
PRO-SE, PLAINTIFF

V.

SHERIFF OF COOK COUNTY, et al
DEFENDANTS

No. 10 c 2088

PRESIDING JUDGE KENNELLY
MAGISTRATE JUDGE, DENLOW

## Requesting for Judgement

I THE PRO-SE, PLAINTIFF, BENNIE K. ELLISON INSTRUCTED THE DEFENDANTS MORECI, LOMBARDI, AND HOUEL WHO HAD 20 DAYS TO ANSWER AFTER SUMMONED WHICH I DATED 9-29-10, BUT THE U.S. MARSHAL HAS NOT RETURNED RECEIPT OF SERVICING THE DEFENDANTS AND IN RETURN NOT ANSWERING OR FAILURE TO RESPOND THE DEFENDANTS DEFAULT AND THE JUDGEMENT WOULD BE ENTERED FOR WHICH THE PRO-SE, PLAINTIFF, BENNIE K. ELLISON SOUGHT RELIEF.

NOTARIZED, PURSUANT TO 28 USC § 1746,
UNDER PENALTY OF PERJURY, ON THIS 29TH
DAY OF OCTOBER, 2010

B.K. EL #R00575
STATEVILLE CORRECTIONAL CENTER
P.O. BOX 112
JOLIET, IL 60434