UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAY 16 2011
MAY 16 2011 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

BENNIE K. ELLISON
 PRO-SE, PLAINTIFF-APPELLANT
v.
COOK COUNTY, SHERIFF OF ILLINOIS, DANIEL MOREDI,
LEWIS HOVEL, BRENDON LOMBARDI AND ALL 11 OTHERS
 DEFENDANTS-APPELLEES

No. 10 CV 2088
DISTRICT COURT, JUDGE KENNELLY
U.S.C.A. No. 11 A 1099

## NOTICE OF FILING

WHERE THE PRO-SE, PLAINTIFF, BENNIE K. ELLISON *R00575, WHO HAS CAUSED TO BE FILED IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION (4) MOTION FOR DIRECT 6TH VERDICT AND JUDGEMENT, UNDER FED. R. 50, GRANTING RELIEF SOUGHT, 16(e)(f), 37(b)(2) AND 69 ENFORCEMENT, 9C WRIGHT & A MILLER, FEDERAL PRACTICES AND PROCEDURES § 2524 at 542-42 (1971). WHICH ARE TO BE RECEIVED, STAMPED & FILED (2) STAMPED COPIES TENDERED TO DISTRICT COURT AND (2) STAMPED COPIES RETURNED TO THE PRO-SE, PLAINTIFF, BENNIE K. ELLISON* R00575 AT STATEVILLE CORRECTIONAL CENTER P.O. BOX 112, JOLIET, IL, 60434.

B.K. Ell *R00575
STATEVILLE CORRECTIONAL CENTER
P.O. BOX 112
JOLIET, IL, 60434

United States District Court
Northern District of Illinois
Eastern Division

FILED
MAY 16 2011
MAY 16 2011 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

BENNIE R. ELLISON
  PRO-SE, PLAINTIFF APPELLANT
v.
COOK COUNTY, SHERIFF OF ILLINOIS, DANIEL MORECI,
LEWIS HOVEL, BRENDON LOMBARDI AND ALL 11 OTHERS
  DEFENDANTS-APPELLEES

No. 10cv2088
DISTRICT COURT, JUDGE KENNELLY
USCA No. 11A1099

6TH MOTION FOR DIRECT VERDICT AND JUDGEMENT, UNDER FED. RULE 50, GRANTING RELIEF SOUGHT, 16(e)(f), 37(b)(2), AND 69 ENFORCEMENT, 9C WRIGHT & A. MILLER, FEDERAL PRACTICES AND PROCEDURES §2524 at 542-42 (1971)

WHERE THE PRO-SE, PLAINTIFF HAS FILED SEVERAL MOTIONS IN SUPPORT OF THE COURT ALLOWING THE DEFENDANTS TECHNICAL, TACTICAL & LEVERAGE ADVANTAGES, MISCARRIAGE OF JUSTICE FOR PROCEDURAL DUE PROCESS CLAUSE OF FIFTH AND FOURTEENTH AMDT. EQUAL PROTECTION BY COMMON LAW. THE CONSPIRED ACTS OF WILLFUL, BAD FAITH & FAILING TO COMPLY TO ISSUED ORDERS 9-23-10, ANSWERING DUE DATES, OF AMENDED COMPLAINT, FAILING TO NOTIFY OPPOSE PARTY, FILING AFTER DUE DATE OF "BRIEF RESPONSE" AFTER EXTENDED DUE DATE MARCH 28, 2011, AFTER FAILING TO COMPLY TO MARCH 14, 2011 ORDER. AND THE PLAINTIFF MOVE THE COURT UNDER FED. RULE OF CIVIL PROCEDURES OF 16(e)(f), 37(b)(2), 50, 69 ENFORCEMENT OF RELIEF SOUGHT FOR LOSSES OF LIBERTY, LIFE, FREEDOM & PROPERTIES, PHYSICAL, EMOTIONAL, EMOTIONAL AND INJURIES SUFFERING DISLODGED RIGHT SHOULDER, LOWER BACK & NO! MEDICAL TREATMENT AND RETALIATION CASUAL CONNECTION OF DELIBERATE INDIFFERENCE AFTER & BEFORE KNOWLEDGE OF. IN BOTH OFFICIAL & INDIVIDUAL CAPACITY, COMPENSATORY DAMAGES $150,000 PUNITIVE DAMAGES OF 15 DEFENDANTS EACH $5000 AND ATTORNEY FEES $4,500. TOTALING IN ALL $229,500, HABEAS CORPUS OR IMMEDIATE RELEASE 28 USC §§ 2243, 2251, 2254. VALDES V. KAROLL'S INC. 277 F.2d 637, 638 (7TH CIR 1960), PARIS AND ELEC. MOTORS INC V. STERLING ELEC., 826 F.2d 712, 716 (7TH CIR 1987), McKINNON V. CITY OF BERWYN, 750 F.2d 1383 (7TH CIR 1984).

B.K. Ell #R00575

## CERTIFICATE OF SERVICE

WHERE THE PRO-SE, PLAINTIFF-APPELLANT, BENNIE K. ELLISON +R00575 WHO HAS CAUSED THE DEFENDANTS-APPELLEES, ATTORNEY DAVID R. COULDRON TO BE SERVED, WHO SWEAR UNDER PENALTY OF PERJURY AND THE SUPREME COURT RULES 29, 33.2 & 28 USC §1746 AT 500 RICHARD J. DALEY CENTER CHICAGO, IL, 60602 CIVIL ACTION BUREAU STATES ATTORNEY (1) MOTION FOR DIRECT VERDICT AND JUDGEMENT, UNDER FED. RULE 50, GRANTING RELIEF SOUGHT, 16(e)(f), 37(b)(2) AND 69 ENFORCEMENT, 9C WRIGHT & A. MILLER, FEDERAL PRACTICES AND PROCEDURES § 2524 at 542-42 (1971). 6TH

NOTARIZED, PURSUANT TO 28 USC §1746 UNDER PENALTY OF PERJURY, ON THIS 10TH DAY OF MAY, 2011.

/s/ B.K. Ell +R00575

## CERTIFICATE OF SERVICE

WHERE THE PRO-SE, PLAINTIFF-APPELLANT, BENNIE K. ELLISON #R00575, WHO SWEAR UNDER PENALTY OF PERJURY AND THE SUPREME COURT RULES 29, 33.2 & 28 USC § 1746, THAT I'VE CAUSED TO BE FILED IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION (4) MOTIONS FOR THE 6TH DIRECT VERDICT AND JUDGEMENT, UNDER FED. RULE 50, GRANTING RELIEF SOUGHT, 16(e)(f), 37(b)(2) AND (g) ENFORCEMENT, 9C WRIGHT & A. MILLER, FEDERAL PRACTICES AND PROCEDURES § 2524 at 542-42 (1971). WHICH THE ATTACHED DOCUMENTS WITH "NOTICE OF FILING" AND BY PLACING IT INTO TRUE AND CORRECT ENVELOPE WITH PROPER AFFIXED FIRST CLASS POSTAGE STAMP FOR DEPOSIT IN U.S. POSTAL SERVICE, THROUGH THE ILLINOIS DEPT. OF CORRECTIONS "INTERNAL MAILING SYSTEM" AT STATEVILLE CORRECTIONAL CENTER BY PLACING THE LEGAL PACKAGE INTO THE HANDS OF UNIT W CORRECTIONAL OFFICERS, WHO'S TO PLACE IT INTO THE HANDS OF MAILROOM OFFICERS MICHAELER & BOBR FOR MAILING ON THIS 10TH DAY OF MAY, 2011.

NOTARIZED, PURSUANT TO 28 USC § 1746
UNDER PENALTY OF PERJURY, ON THIS 10TH
DAY OF MAY, 2011.

B.K. Ell #R00575